UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERIAL COLEMAN | * | |
| | | CIVIL ACTION NO. 2:15-CV-5403 |
| VERSUS | * | JUDGE MORGAN |
| | | MAGISTRATE KNOWLES |
| DOLGENCORP, LLC | * | A JURY IS DEMANDED |

### UNOPPOSED MOTION TO REMAND
### WITH STIPULATION OF DAMAGES

NOW INTO COURT, through undersigned counsel comes Merial Coleman, Plaintiff herein who respectfully moves that this Honorable Court Remand this civil action originally brought in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana bearing case number 752-967, Division "J", back to said court as plaintiff herein stipulates and provides her affidavit herein attesting to the fact that her damages associated with this civil cause of action does not exceed $75.000.00, exclusive of interest and costs, said Affidavit is adopted and incorporated into this Motion as if copied in it's entirety as EXHIBIT "A." As the amount in controversy does not exceed $75.000.00, exclusive of interest and costs, then this Honorable Court lacks jurisdiction under 28 U.S.C. 1332. Counsel for Dolgencorp, LLC has been contacted and does not oppose the filing of this Motion to Remand.

WHEREFORE, Plaintiff Merial Coleman respectfully prays that this civil action originally brought in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana bearing case number 752-967, Division "J" be remanded to said 24th Judicial District Court.

Respectfully Submitted,

/s/ *Stephen Rue*
Stephen Rue (#19136)
Stephen Rue & Associates, LLC
3309 Williams Blvd.
Kenner, LA 70065
(504) 443-2400
Fax( (504) 443-5533
Email: RueManager@aol.com
COUNSEL FOR PLAINTIFF
Merial Coleman

CERTIFICATE OF SERVICE

I hereby certify that I provided a copy of the forgoing pleading was submitted for review to all counsel of record on this 11th day of November, 2015 CM/ECF, via email, facsimile, or U. S. Mail, Postage Pre-paid.

/s/ *Stephen Rue*
Stephen Rue, Esq.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERIAL COLEMAN | * | CIVIL ACTION NO. 2:15-CV-5403 |
| VERSUS | * | JUDGE MORGAN<br>MAGISTRATE KNOWLES |
| DOLGENCORP, LLC | * | A JURY IS DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF JEFFERSON

AFFIDAVIT

**BEFORE ME,** the undersigned Notary Public, in and for the Parish of Jefferson, State of Louisiana appeared Ana Dufrene, who did affirm and state as follows: I, Merial Coleman , a person of the full age of majority , residing in the Parish of Jefferson, State of Louisiana do hereby affirm and state that my total amount of damages, as it relates to my case docketed in the 24th **JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON, STATE OF LOUISIANA,** Case Number 752-967, Division J  Captioned: Merial Coleman versus DOLGENCORP, LLC  and which has been remanded to the **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA** does not exceed the sum of $75,000.00, exclusive of legal interest and cost.

_____
**Merial Coleman, Affiant**

SWORN TO AND SUBSCRIBED
This 2nd day of November, 2015.

_____
Stephen Rue, Esquire (Bar # 19136)
Notary Public/Commissioned for Life