UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MERIAL COLEMAN | * | |
| | | CIVIL ACTION NO. |
| | | 2:15-CV-5403 |
| VERSUS | * | JUDGE MORGAN |
| | | MAGISTRATE KNOWLES |
| DOLGENCORP, LLC | * | A JURY IS DEMANDED |

### MEMORANDUM IN SUPPORT OF MOTION TO REMAND

### MEMORANDUM
### REGARDING MOTION TO REMAND
### WITH STIPULATION OF DAMAGES

NOW INTO COURT, through undersigned counsel comes Merial Coleman, Plaintiff herein who respectfully provides her Memorandum and Notice of Submission regarding the Motion to Remand With Stipulation of Damages. Plaintiff moves that this Honorable Court Remand this civil action originally brought in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana bearing case number 752-967, Division "J", back to said court as plaintiff herein stipulates and provides her affidavit herein attesting to the fact that her damages associated with this civil cause of action does not exceed $75.000.00, exclusive of interest and costs; said Affidavit was adopted and incorporated into this Motion as if copied in it's entirety as EXHIBIT "A." As the amount in controversy does not exceed $75.000.00, exclusive of interest and costs, then this Honorable Court lacks jurisdiction under 28 U.S.C. 1332.

5

This Pleading also serves as Notice of Submission that the Motion to Remand with Stipulatation of Damages was filed on November 2, 2015 and this Memorandum and Notice Of Submission regarding Motion to Remand With Stipulation of Damages is filed on November 11, 2015, with all counsel of record being notified of the filing of these pleadings on November 11, 2015.

WHEREFORE, Plaintiff Merial Coleman respectfully prays that this civil action originally brought in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana bearing case number 7752-967, Division "J" be remanded to said State Court.

Respectfully Submitted by:
/s/ *Stephen Rue*
Stephen Rue (#19136)
Stephen Rue & Associates, LLC
3309 Williams Blvd.
Kenner, LA 70065
(504) 443-2400
Fax( (504) 443-5533
Email: RueManager@aol.com
COUNSEL FOR PLAINTIFF
Merial Coleman

CERTIFICATE OF SERVICE

I hereby certify that I provided a copy of the forgoing pleading was submitted for review to all counsel of record on this 11th day of November, 2015 via CM/ECF filing, email, facsimile, or U. S. Mail, Postage Pre-paid.

/s/ *Stephen Rue*
Stephen Rue, Esq

6